WILLIAM ROEBER, Respondent, *v.* PETER BOWE, Sheriff, etc., Appellant.

(Argued April 22, 1884; decided May 6, 1884.)

*Samuel Greenbaum* for appellant.

*Edward P. Wilder* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOHN McENCROE, Respondent, *v.* JOHN WHITE, Appellant.

(Argued April 29, 1884; decided May 6, 1884.)

*Michael H. Cardozo* for appellant.

*L. Laflin Kellogg* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK *v.* MERCHANTS' BANK.

WILLIAM H. KIMBALL, as Receiver, etc., *v.* WILLARD IVES et al.

(Argued April 29, 1884; decided May 6, 1884.)

*P. O. Williams* for appellants.

*Hannibal Smith* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.